**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

CASE NO: 8:18-bk-01661-RCT

**CHRIS OUTAR**

    Debtor
_____/

**APPLICATION FOR COMPENSATION**

**COMES NOW,** Jordan Finley, Esq. of Florida Law Advisers, PA ("Applicant"), and files this Application for Compensation in the above Chapter 13 Case and requests that this Court enter an order authorizing Applicant to be paid attorney's fees, and in support thereof states the following:

    1. On March 5, 2018, this case was instituted by the filing of a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

    2. Chris Outar's ("Debtor") Chapter 13 Plan proposed to keep the homestead property by filing a Motion for Referral to Mortgage Modification Mediation.

    3. Applicant, on behalf of Debtor, prepared all the documents in preparation for mortgage modification mediation, negotiated with lender, and reviewed all documents submitted and received during the mediation process.

    4. The mediation process was concluded after the initial review and mediation were both unsuccessful in acquiring a loan modification offer.

**WHEREFORE**, Debtor respectfully requests that this Court enter an order approving this Application for Compensation, determining that a reasonable attorney fee for Mortgage Modification Mediation in this case is $1,800.00 to be paid through the Debtor's Chapter 13 Plan, and granting such other and further relief as is just and proper.

Respectfully submitted,

**Florida Law Advisers**

/s/ Jordan M. Finley, Esquire
**Jordan M. Finley**
Florida Bar No.: 99398
2202 N.W. Shore Blvd
Tampa, Florida 33607
813-333-1293 /Fax: (800) 990 1033
Jordan@FloridaLegalAdvice.com
Attorney for Debtor(s)

**CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that on this 12th day of November, 2018, a true and accurate copy of the foregoing Application for Compensation was served on the following parties via the Court's CM/ECF, at their email addresses registered with the Court:

Kelly Remick, Chapter 13 Trustee

Attached Mailing Matrix

                                            **Florida Law Advisers**

                                            /s/ Jordan M. Finley, Esquire
**Jordan M. Finley**
Florida Bar No.: 99398
2202 N.W. Shore Blvd
Tampa, Florida 33607
813-333-1293 /Fax: (800) 990 1033
Jordan@FloridaLegalAdvice.com
Attorney for Debtor(s)